JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ONE 2003 PETERBILT 387 TRACTOR AND ONE 2001 GREAT DANE TRAILER,<br>　　　　　　　　　　　Defendants. | Case No. EDCV 15-2040 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed September 21, 2016, Plaintiff United States of America's Motion for Default Judgment is GRANTED. The defendant assets—a 2003 Peterbilt 387 tractor and a 2001 Great Dane trailer—are hereby forfeited to the Government, pursuant to 21 U.S.C. § 881(a)(4).

　　Judgment is entered in favor of Plaintiff United States of America.

Dated: September 22, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge